UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11897-WGY

| | |
|---|---|
| MASSAMONT INSURANCE AGENCY, INC., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| UTICA MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**AFFIDAVIT IN PROOF OF SERVICE**

Pursuant to Fed. R. Civ. P. 4(*l*), I, John J. Davis, hereby depose and swear as follows;

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts. I represent the plaintiff in the above-referenced matter, Massamont Insurance Agency, Inc.

2. On or about October 5, 2005, Attorney Russell F. Conn, counsel for the defendant, Utica Mutual Insurance Company, agreed to accept service of process on behalf of his client. By letter dated October 6, 2005, I sent to Attorney Conn by hand-delivery a copy of the Complaint, as well as the original Summons issued by the Court.

3. By correspondence dated October 13, 2005, Attorney Conn returned the original Summons to me after duly executing the "Return of Service" as counsel for the defendant. A true and accurate copy of the Summons, indicating Attorney Conn's acceptance of service on October 13, 2005, is attached hereto as Exhibit "A."

Signed under the pains and penalties of perjury this 20th day of October, 2005.

_____
John J. Davis, BBO #115890
**PIERCE, DAVIS & PERRITANO, LLP**
10 Winthrop Square
Boston, MA 02110
(617) 350-0950

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 10/20/05.

_____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division     District of     Massachusetts

                V.

**SUMMONS IN A CIVIL ACTION**

## 05 - 11897 WGY

CASE NUMBER:

TO: (Name and address of Defendant)

Utica Mutual Insurance Company
180 Genesee Street
New Hartford, NY 13413

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John J. Davis, Esq.
PIERCE, DAVIS & PERRITANO, LLP
10 Winthrop Square
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK      _(signature)_

(By) DEPUTY CLERK

SEP 20 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  October 13, 2005 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  I, Russell F. Conn, as counsel, hereby accept service on behalf of the defendant, Utica Mutual Insurance Company.*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                   *Signature of Server*

                                       _____
                                       *Address of Server*

\* [signature: Russell F. Conn]
Russell F. Conn (BBO# 094440)
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.