UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11897-WGY

MASSAMONT INSURANCE )
AGENCY, INC. )
                                                    )
      Plaintiff, )
                                                    )
v. )
                                                    )
UTICA MUTUAL INSURANCE )
COMPANY )
                                                    )
      Defendant. )
                                                  )

## NOTICE OF APPEARANCE

Please enter the appearance of Russell F. Conn on behalf of Utica Mutual Insurance Company.

UTICA MUTUAL INSURANCE
COMPANY

By its attorneys,

/s/ Russell F. Conn
Russell F. Conn, Esq. (BBO #094440)
Erin K. Higgins, Esq. (BBO #559510)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02110
(617) 482-8200

Dated:  November 2, 2005

239349.1