UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11897-WGY

| | |
|---|---|
| MASSAMONT INSURANCE AGENCY, INC. <br><br> Plaintiff, <br><br> v. <br><br> UTICA MUTUAL INSURANCE COMPANY <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Erin K. Higgins on behalf of Utica Mutual Insurance Company.

                              UTICA MUTUAL INSURANCE COMPANY

                              By its attorneys,

                              /s/ Erin K. Higgins
                              Russell F. Conn, Esq. (BBO #094440)
                              Erin K. Higgins, Esq. (BBO #559510)
                              CONN KAVANAUGH ROSENTHAL
                               PEISCH & FORD, LLP
                              Ten Post Office Square
                              Boston, MA 02110
                              (617) 482-8200

Dated: November 2, 2005

239353.1