UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11897-WGY

MASSAMONT INSURANCE )
AGENCY, INC. )
 )
      Plaintiff, )
 )
v. )
 )
UTICA MUTUAL INSURANCE )
COMPANY )
 )
      Defendant. )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Utica Mutual Insurance Company discloses that it has no parent corporation, and that as a mutual company, it owns no stock.

UTICA MUTUAL INSURANCE
COMPANY

By its attorneys,

/s/ Erin K. Higgins
Russell F. Conn, Esq. (BBO #094440)
Erin K. Higgins, Esq. (BBO #559510)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02110
(617) 482-8200

Dated: November 2, 2005

239356.1