UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11897-WGY

MASSAMONT INSURANCE
AGENCY, INC.,                          )
                                       )
                Plaintiff,             )
                                       )
vs.                                    )
                                       )
UTICA MUTUAL                           )
INSURANCE COMPANY,                     )
                                       )
                Defendant.             )

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the plaintiff, Massamont Insurance Agency, Inc., and counsel for the plaintiff, John J. Davis, Esq., hereby certify that they have conferred:

I.     with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

II.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____  12/9/05
Peter G. Archangeli, Esq.
Claims Counsel
MASSAMONT INSURANCE AGENCY, INC.
280 Summer Street
Boston, MA 02110

_____
John J. Davis, Esq., BBO #115890
PIERCE, DAVIS & PERRITANO, LLP
10 Winthrop Square
Boston, MA 02110
(617) 350-0950