UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| MASSAMONT INSURANCE | ) | |
| AGENCY, INC. | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | CIVIL ACTION NO. 05-11897-WGY |
| v. | ) | |
|  | ) | |
| UTICA MUTUAL INSURANCE | ) | |
| COMPANY | ) | |
|  | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CERTIFICATION OF DEFENDANT UTICA MUTUAL INSURANCE COMPANY
PURSUANT TO L.R. 16.1(D)(3)**

Defendant Utica Mutual Insurance Company ("Utica"), by its attorneys and an authorized representative, hereby certifies as follows:

1. Utica and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Utica and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Marc Chilton
Mr. Marc Chilton
Errors and Omissions Claims
Utica Mutual Insurance Company
Post Office Box 6549
Utica, NY 13504-6549

Dated: December 12, 2005
242146.1

/s/Erin K. Higgins
Russell F. Conn / BBO #094440
Erin K. Higgins / BBO #559510
CONN, KAVANAUGH, ROSENTHAL,
   PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200