UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11897-WGY

| | |
|---|---|
| MASSAMONT INSURANCE AGENCY, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UTICA MUTUAL INSURANCE COMPANY | ) ) ) ) |
| Defendant. | ) ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Jacob A. Labovitz on behalf of Utica Mutual Insurance Company.

UTICA MUTUAL INSURANCE
COMPANY

By its attorneys,


/s/ Jacob A. Labovitz
Russell F. Conn, Esq. (BBO #094440)
Erin K. Higgins, Esq. (BBO #559510)
Jacob A. Labovitz. Esq. (BBO #646967)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02110
(617) 482-8200

Dated: January 17, 2006

245035.1