## **TABLE OF AUTHORITIES**

(Copy of cases cited below to be delivered to Court in hard copy.)

| TAB NO. | CASES | PAGE(S) CITATION IN BRIEF |
|---|---|---|
| 1 | Rodriguez-Garcia v. Davila, 904 F.2d 90, 94 (1st Cir. 1990) | 5 |
| 2 | McNeill v. Metropolitan Property and Liability Ins. Co., 420 Mass. 587, 589, 650 N.E.2d 793, 795 (1995) | 5 |
| 3 | McDermott v. Watertown Housing Authority, 25 Mass. App. Ct. 995, 996, 521 N.E.2d 1387, 1389 (1988) | 5 |
| 4 | Stop & Shop Co., Inc. v. Federal Ins. Co., 136 F.3d 71 (1st Cir. 1998) | 6 |
| 5 | Somerset Savings Bank v. Chicago Title Ins. Co., 420 Mass. 422, 427, 649 N.E.2d 1123, 1127 (1995) | 6 |
| 6 | Merchants Ins. Co. of New Hampshire, Inc. v. United States Fid. and Guar., 143 F.3d 5, 8 (1st Cir. 1998) | 6 |
| 7 | Markline Co. v. Travelers Ins. Co., 384 Mass. 139, 140, 424 N.E.2d 464, 465 (1981) | 6 |
| 8 | Continental Cas. Co. v. Gilbane Bldg. Co., 391 Mass. 143, 146, 461 N.E.2d 209, 212 (1984) | 6 |
| 9 | Desrosiers v. Royal Insurance Company of America, 393 Mass. 37, 40, 468 N.E.2d 625, 628 (1984) | 6, 7 |
| 10 | Herbert A. Sullivan, Inc. v. Utica Mut. Ins. Co., 439 Mass. 387, 394-95, 788 N.E.2d 522, 530 (2003) | 6, 7 |
| 11 | Timpson v. Transamerica Ins. Co., 41 Mass. App. Ct. 344, 347, 669 N.E.2d 1092, 1095 (1996) | 7 |

| 12 | Jacobs v. United States Fidelity & Guar. Co., 417 Mass. 75, 76-77, 627 N.E.2d 463, 464 (1994) | 7 |
|---|---|---|
| 13 | Town of Orland v. National Fire & Casualty Co., 726 N.E.2d 364 (Ind. App. 2000) | 10 |
| 14 | Smartfoods, Inc. v. Northbrook Property and Cas. Co., 35 Mass. App. Ct. 239, 242-43, 618 N.E.2d 1365, 1367-68 (1993) | 11, 14 |
| 15 | Baylor Heating & Air Conditioning, Inc. v. Federated Mutual Ins. Co., 987 F.2d 415 (7th Cir. 1993) | 11, 13 |
| 16 | Pacific Ins. Co. v. Eaton Vance Management, 369 F.3d 584, 593 (1st Cir. 2004) | 11 |
| 17 | First Southern Insurance Company v. Jim Lynch Enterprises, Inc., 932 F.2d 717, 720 (8th Cir. 1991) | 12, 13 |
| 18 | Cincinnati Ins. Co. v. Metropolitan Properties, Inc., 806 F.2d 1541, 1544-45 (11th Cir. 1986) | 12, 13 |
| 19 | USM Corp. v. First State Insurance Co., 420 Mass. 865, 652 N.E.2d 613 (1995) | 12, 13 |
| 20 | United States Fidelity & Guaranty Co. v. Fireman's Fund Insurance Co., 896 F.2d 200, 203 (6th Cir. 1990) | 13 |
| 21 | New Hampshire Insurance Co. v. Westlake Hardware, Inc., 201 F.3d 448, (10th Cir. 1999), 1999 WL 1066836, at *3 | 13 |
| 22 | B&T Masonry Constr. Co., Inc. v. Public Service Mutual Ins. Co., 382 F.3d 36, 39 (1st Cir. 2004) | 15 |
| 23 | Bagley v. Monticello Insurance Company, 430 Mass. 454, 720 N.E.2d 813, 817 (1999) | 15 |
| 24 | Liberty Mutual Ins. Co. v. Metropolitan Life Ins. Co., 260 F.3d 54, 62 (1st Cir. 2001) | 15 |

| 25 | Newell-Blais Post No. 443, Veterans of Foreign Wars of U.S., Inc. v. Shelby Mutual Ins. Co., <br>　　396 Mass. 633, 638, 487 N.E.2d 1371, 1374 (1986) | 16 |
|---|---|---|
| 26 | USX Corp. v. Adriatic Insurance Co., <br>　　99 F. Supp. 2d 593, 614 (W.D. Pa. 2000) | 16 |
| 27 | Palmer v. Truck Ins. Exchange, <br>　　988 P.2d 568, 576 (Cal. 1999) | 16 |
| 28 | Park Drive Towing, Inc. v. City of Revere, <br>　　442 Mass. 80, 85-86, 809 N.E.2d 1045, 1050 (2004) | 17 |
| 29 | Frohberg v. Merrimack Mut. Fire Ins. Co., <br>　　34 Mass. App. Ct. 462, 465, 612 N.E.2d 273, 275-76 (1993) | 18 |
| 30 | LoCicero v. Hartford Ins. Group, <br>　　25 Mass. App. Ct. 339, 518 N.E.2d 530, 534 (1988) | 18 |
| 31 | Cantell v. Hill Holiday Connors Cosmopulos, <br>　　55 Mass. App. Ct. 550, 556, 772 N.E.2d 1078, 1083 (2002) | 18 |

253367.1