UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSAMONT INSURANCE ) <br> AGENCY, INC., ) <br> ) <br>     Plaintiff, ) <br>  v. ) <br> ) <br> UTICA MUTUAL ) <br> INSURANCE COMPANY, ) <br> ) <br>     Defendant. ) | CIVIL ACTION <br> NO. 05-11897-WGY |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE YOUNG

[   ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On    May 31, 2006   , I held the following ADR proceeding:

      _____ SCREENING CONFERENCE       _____ EARLY NEUTRAL EVALUATION

      \_\_X\_\_ MEDIATION       _____ SUMMARY BENCH/JURY TRIAL

      _____ MINI-TRIAL       _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[   ]   Settled. Your clerk should enter a 30-day order of dismissal.

[   ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ X ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]   Suggested strategy to facilitate settlement:

    _____

    _____

                                                                                / s / Judith Gail Dein
                                                     Judith Gail Dein, U.S. Magistrate Judge

DATED:  May 31, 2006                                           ADR Provider