UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11897-WGY

| | )|
|---|---|
| MASSAMONT INSURANCE AGENCY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| UTICA MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S EMERGENCY MOTION TO EXTEND DISCOVERY DEADLINES**

In the event plaintiff's alternative request, as set forth in its Opposition to Defendant's Emergency Motion for a Protective Order, failed to meet the requirements of Local Rule 7.1, the plaintiff, Massamont Insurance Agency, Inc., hereby moves to extend the remaining discovery deadlines set forth in the Joint Statement by sixty (60) days. Specifically, Massamont proposes the following revisions:

| Activity | Former Deadline | Revised Deadline |
|---|---|---|
| All lay depositions completed | May 31, 2006 | July 31, 2006 |
| Expert witnesses designated by party with burden of proof[1] | June 16, 2006 | August 16, 2006 |
| Depositions of expert witnesses completed | July 31, 2006 | September 30, 2006 |

These enlargements will neither delay the proceedings in this matter, nor cause prejudice to the defendant, Utica Mutual insurance Company. In further support of this Motion, the plaintiff

---

[1] Opposing expert witnesses should still be designated within twenty-one (21) days thereafter.

submits the Memorandum attached hereto.

WHEREFORE, the plaintiff, Massamont Insurance Agency, Inc., respectfully requests that this Court extend the discovery deadlines set forth in the Joint Statement by sixty (60) days.

> The Plaintiff,
> MASSAMONT INSURANCE AGENCY, INC.,
>
> By its attorneys,
> **PIERCE, DAVIS & PERRITANO, LLP**
>
> /s/ John J. Davis
> _____
> John J. Davis, BBO #115890
> 10 Winthrop Square
> Boston, MA 02110
> (617) 350-0950

### Certificate of Compliance

Counsel for the plaintiff, Massamont Insurance Agency, Inc., hereby certifies that he conferred with counsel for the defendant, Utica Mutual Insurance Company, and attempted in good faith to resolve or narrow the issues in compliance with Local Rule 7.1(A)(2).

> /s/ John J. Davis
> _____

Dated: June 15, 2006

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record by electronic mail.

6/15/06        /s/ John J. Davis
_____    _____