# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Massamont Insurance Agency, Inc. v. Utica Mutual Insurance Co.
District Court Case No.  05-CV-11897-WGY        District of  Massachusetts
Date Notice of Appeal filed  10/13/06         Court of Appeals Case No. _____
Form filed on behalf of  Plaintiff/Appellant, Massamont Insurance Agency, Inc.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ___x___
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  John J. Davis, Esq.         Filer's Signature  /s/
Firm/Address  Pierce, Davis & Perritano, LLP, 10 Winthrop Square, Boston, MA 0211
Telephone number  617-350-0950        Date mailed to court reporter  n/a

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)                                    SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE

I, John J. Davis, hereby certify that on this 23rd day of October, 2006 I served the above document by first-class mail, postage prepaid on all counsel of record, including:

Erin K. Higgins, Esq.
Conn Kavanaugh Rosenthal Peich & Ford, LLP
Ten Post Office Square
Boston, MA 02110

John J. Davis