# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11897

Massamont Insurance Agency, Inc.,

v.

Utica Mutual Insurance Company

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-35

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/13/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 26, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/30/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11897-WGY

| | |
|---|---|
| Massamont Insurance Agency, Inc. v. Utica Mutual Insurance Company | Date Filed: 09/19/2005 |
| Assigned to: Judge William G. Young | Jury Demand: Defendant |
| Cause: 28:1332 Diversity-Insurance Contract | Nature of Suit: 110 Insurance |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Massamont Insurance Agency, Inc.**          represented by **John J. Davis**
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110-1257
617-350-0950
Fax: 617-350-7760
Email: jdavis@piercedavis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Utica Mutual Insurance Company**          represented by **Erin K. Higgins**
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square
4th Floor
Boston, MA 02109
617-482-8200
Fax: 617-482-6444
Email: ehiggins@ckrpf.com
*ATTORNEY TO BE NOTICED*

**Jacob A Labovitz**
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-348-8215
Fax: 617-482-6444
Email: jlabovitz@ckrpf.com
*ATTORNEY TO BE NOTICED*

**Mediator**

**Magistrate Judge Judith G. Dein**

TERMINATED: 05/31/2006

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2005 | 1 | COMPLAINT against Utica Mutual Insurance Company Filing fee: $250, receipt number 66992, filed by Massamont Insurance Agency, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Civil Cover Sheet)(Bell, Marie) (Entered: 09/21/2005) |
| 09/20/2005 |  | Summons Issued as to Utica Mutual Insurance Company. (Bell, Marie) (Entered: 09/21/2005) |
| 09/20/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Bell, Marie) (Entered: 09/21/2005) |
| 10/20/2005 | 2 | AFFIDAVIT OF SERVICE Executed by Massamont Insurance Agency, Inc.. Utica Mutual Insurance Company served on 10/13/2005, answer due 11/2/2005. Acknowledgement filed by Massamont Insurance Agency, Inc.. (Davis, John) (Entered: 10/20/2005) |
| 11/02/2005 | 3 | NOTICE of Appearance by Russell F. Conn on behalf of Utica Mutual Insurance Company (Higgins, Erin) Modified on 1/17/2006 (Paine, Matthew). (Entered: 11/02/2005) |
| 11/02/2005 | 4 | NOTICE of Appearance by Erin K. Higgins on behalf of Utica Mutual Insurance Company (Higgins, Erin) (Entered: 11/02/2005) |
| 11/02/2005 | 5 | ANSWER to Complaint with Jury Demand by Utica Mutual Insurance Company.(Higgins, Erin) (Entered: 11/02/2005) |
| 11/02/2005 | 6 | CORPORATE DISCLOSURE STATEMENT by Utica Mutual Insurance Company. (Higgins, Erin) (Entered: 11/02/2005) |
| 11/10/2005 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 12/19/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 11/10/2005) |
| 12/01/2005 | 8 | MOTION to Bifurcate *Plaintiff's Chapter 93A and 176D Claims, and to Stay Discovery Pending Disposition of Plaintiff's Coverage Claims* by Utica Mutual Insurance Company. (Attachments: # 1 # 2)(Higgins, Erin) (Entered: 12/01/2005) |
| 12/12/2005 | 9 | CERTIFICATE OF CONSULTATION *Local Rule 16.1 Certification* by John J. Davis on behalf of Massamont Insurance Agency, Inc.. (Davis, John) (Entered: 12/12/2005) |
| 12/12/2005 | 10 | CERTIFICATE OF CONSULTATION *Pursuant to L.R. 16.1(D)(3)* by Erin K. Higgins on behalf of Utica Mutual Insurance Company. (Higgins, Erin) (Entered: 12/12/2005) |
| 12/12/2005 | 11 | JOINT STATEMENT re scheduling conference. (Higgins, Erin) (Entered: 12/12/2005) |

| | | |
|---|---|---|
| 12/19/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 12/19/2005. The Court explains the requirements of the session and inquires as to whether the parties want to proceed before a Magistrate Judge. Case to go to ADR as of May,06 Final Pretrial Conference set for NO SOONER THAN 11/6/2006 02:00 PM before Chief Judge William G. Young. Jury Trial set for RUNNING TRIAL LIST AS OF 12/4/2006 09:00 AM before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 12/20/2005) |
| 12/20/2005 | 12 | Judge William G. Young : ORDER AS MODIFIED entered. re 11 JOINT STATEMENT re scheduling conference Discovery to be completed by 7/31/2006. Dispositive Motions due by 9/14/2006.(Smith, Bonnie) (Entered: 12/20/2005) |
| 01/04/2006 | | Judge William G. Young : ELECTRONIC ORDER entered Motion 8 Denied. "If the declaratory judgment action requires no discovery, the action is ripe for submission as a case stated." (Paine, Matthew) (Entered: 01/09/2006) |
| 01/17/2006 | 13 | NOTICE of Appearance by Jacob A Labovitz on behalf of Utica Mutual Insurance Company (Labovitz, Jacob) (Entered: 01/17/2006) |
| 04/19/2006 | 14 | REFERRING CASE to Alternative Dispute Resolution.(Paine, Matthew) (Entered: 04/19/2006) |
| 04/21/2006 | | Electronic Notice of assignment to ADR Provider. Magistrate Judge Judith G. Dein appointed. The Court will contact counsel with regard to scheduling.(Tyler, Rebecca) (Entered: 04/21/2006) |
| 04/25/2006 | 15 | NOTICE of and ORDER regarding ADR Conference: Mediation set for 5/31/2006 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein.(Dambrosio, Jolyne) (Entered: 04/25/2006) |
| 05/05/2006 | 16 | MOTION for Partial Summary Judgment *and Request for Oral Argument Prusuant to Local Rule 7.1(D)* by Massamont Insurance Agency, Inc.. (Davis, John) (Entered: 05/05/2006) |
| 05/05/2006 | 17 | MEMORANDUM in Support re 16 MOTION for Partial Summary Judgment *and Request for Oral Argument Prusuant to Local Rule 7.1(D)* filed by Massamont Insurance Agency, Inc.. (Davis, John) (Entered: 05/05/2006) |
| 05/05/2006 | 18 | Statement of Material Facts L.R. 56.1 re 16 MOTION for Partial Summary Judgment *and Request for Oral Argument Prusuant to Local Rule 7.1(D)* filed by Massamont Insurance Agency, Inc.. (Davis, John) (Entered: 05/05/2006) |
| 05/05/2006 | 19 | AFFIDAVIT in Support re 16 MOTION for Partial Summary Judgment *and Request for Oral Argument Prusuant to Local Rule 7.1(D)* filed by Massamont Insurance Agency, Inc.. (Attachments: # (1) Affidavit Part 2 of Affidavit of Hilbert Schenck II)(Davis, John) Additional attachment(s) added on 5/10/2006 (Paine, Matthew). (Entered: 05/05/2006) |
| 05/08/2006 | 20 | MOTION for Summary Judgment by Utica Mutual Insurance Company. |

| | | |
|---|---|---|
| | | (Labovitz, Jacob) (Entered: 05/08/2006) |
| 05/08/2006 | 21 | MEMORANDUM in Support re 20 MOTION for Summary Judgment filed by Utica Mutual Insurance Company. (Labovitz, Jacob) (Entered: 05/08/2006) |
| 05/08/2006 | 22 | APPENDIX/EXHIBIT re 20 MOTION for Summary Judgment, 21 Memorandum in Support of Motion *(Table of Authorities)* by Utica Mutual Insurance Company. (Labovitz, Jacob) (Entered: 05/08/2006) |
| 05/08/2006 | 23 | STATEMENT of facts re 20 MOTION for Summary Judgment *Filed by Utica Mutual Insurance Company*. (Attachments: # 1 Affidavit Jacob A. Labovitz (With Attached Exhibits - I)# 2 Affidavit Jacob A. Labovitz (With Attached Exhibits - II))(Labovitz, Jacob) (Entered: 05/08/2006) |
| 05/10/2006 | | Notice of Correction to Docket made by Court Staff. Correction: 19 AFFIDAVIT in Support re 16 MOTION for Partial Summary Judgment Corrected Because: The Exhibits to the Affidavit of Hilbert Schenck II Were Not Filed As Separate PDF Attachments to the Affidavit. (Paine, Matthew) (Entered: 05/10/2006) |
| 05/19/2006 | | NOTICE re Opposition to 16 MOTION for Partial Summary Judgment *and Request for Oral Argument Prusuant to Local Rule 7.1(D)*, 20 Opposition to MOTION for Summary Judgment. The defendant's Oppositon is due by May 26, 2006 and the Plaintiff;s Opposition is due by May 30, 2006. (Smith, Bonnie) (Entered: 05/19/2006) |
| 05/26/2006 | 24 | MEMORANDUM in Opposition re 16 MOTION for Partial Summary Judgment *and Request for Oral Argument Prusuant to Local Rule 7.1(D)* filed by Utica Mutual Insurance Company. (Labovitz, Jacob) (Entered: 05/26/2006) |
| 05/26/2006 | 25 | Response by Utica Mutual Insurance Company to 18 Statement of Material Facts L.R. 56.1 *of Massamont Insurance Agency, Inc.*. (Labovitz, Jacob) (Entered: 05/26/2006) |
| 05/30/2006 | 26 | MEMORANDUM in Opposition re 20 MOTION for Summary Judgment *of Utica Mutual Insurance Company* filed by Massamont Insurance Agency, Inc.. (Attachments: # 1 Attachment 1 - Objections and Responses of Defendant Utica Mutual Ins. Co# 2 Attachment 2 - Plaintiff's Answers to Defendant's 1st Set of Interrogatories)(Davis, John) (Entered: 05/30/2006) |
| 05/30/2006 | 27 | Opposition re 20 MOTION for Summary Judgment *Utica Mutual Insurance Company's Statement of Undisputed Facts* filed by Massamont Insurance Agency, Inc.. (Davis, John) (Entered: 05/30/2006) |
| 05/31/2006 | 28 | REPORT of Alternative Dispute Resolution Provider. (Dambrosio, Jolyne) (Entered: 05/31/2006) |
| 06/13/2006 | 29 | Emergency MOTION for Protective Order by Utica Mutual Insurance Company. (Attachments: # 1 Exhibit Scheduling Order)(Labovitz, Jacob) (Entered: 06/13/2006) |

| | | |
|---|---|---|
| 06/14/2006 | 30 | Opposition re 29 Emergency MOTION for Protective Order *Or, In the Alternative, Request for Leave to Extend Discovery Deadlines -- and Request for Oral Argument* filed by Massamont Insurance Agency, Inc.. (Davis, John) (Entered: 06/14/2006) |
| 06/14/2006 | | ELECTRONIC NOTICE of Hearing on Motion 16 MOTION for Partial Summary Judgment *and Request for Oral Argument Prusuant to Local Rule 7.1(D)*, 20 MOTION for Summary Judgment: Motion Hearing set for 6/29/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 06/14/2006) |
| 06/14/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 29 Motion for Protective Order by Utica Mutual Insurance Company. (Paine, Matthew) (Entered: 06/14/2006) |
| 06/15/2006 | 31 | Emergency MOTION for Extension of Time to Complete Discovery by Massamont Insurance Agency, Inc..(Davis, John) (Entered: 06/15/2006) |
| 06/15/2006 | 32 | MEMORANDUM in Support re 31 Emergency MOTION for Extension of Time to Complete Discovery filed by Massamont Insurance Agency, Inc.. (Davis, John) (Entered: 06/15/2006) |
| 06/19/2006 | 33 | MEMORANDUM in Opposition re 31 Emergency MOTION for Extension of Time to Complete Discovery filed by Utica Mutual Insurance Company. (Attachments: # 1 Exhibit)(Labovitz, Jacob) (Entered: 06/19/2006) |
| 06/20/2006 | | Judge William G. Young : Electronic ORDER entered DENYING 31 Emergency Motion for Extension of Time to Complete Discovery. (Paine, Matthew) (Entered: 06/20/2006) |
| 06/29/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 7/3/2006 re 16 MOTION for Partial Summary Judgment *and Request for Oral Argument Prusuant to Local Rule 7.1(D)* filed by Massamont Insurance Agency, Inc.,, 20 MOTION for Summary Judgment filed by Utica Mutual Insurance Company,. After hearing the Motions are taken UNDER ADVISEMENT (Court Reporter Womack.) (Entered: 07/03/2006) |
| 09/15/2006 | 34 | Judge William G. Young : ORDER entered. "Because Massamont's Breach Did Not Arise in the Performance or Nonperformance of a 'Professional Service', the Court Need Not Address Whether Massamont's Breach Constituted a 'Wrongful Act' Under the Policy. Accordingly, Utica's Motion for Summary Judgment Doc. No. 20 is hereby ALLOWED; massamont's Motion for Summary Judgment Doc. No. 16 is hereby DENIED. Judgment for Utica Shall Enter. (Paine, Matthew) (Entered: 09/15/2006) |
| 09/15/2006 | | Judge William G. Young : Electronic ORDER entered. JUDGMENT in favor of Utica. (Paine, Matthew) (Entered: 09/15/2006) |
| 10/13/2006 | 35 | NOTICE OF APPEAL as to 34 Order,, Judgment by Massamont Insurance Agency, Inc.. $ 455 NOTICE TO COUNSEL: A Transcript |

|  |  | Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/2/2006. (Davis, John) (Entered: 10/13/2006) |